PANIX PRODUCTIONS, LTD. and Panix of the U.S., Inc., Plaintiffs–Counter–Defendants–Third–Party–Defendants–Appellants,

Panos Eliades, Third–Party–Defendant–Counter–Defendant–Appellant,

v.

Lennox LEWIS and New Jersey Sports Productions, Inc., d/b/a Main Events Defendants–Third–Part y-Plaintiffs-Counter-Claimants-Appellees,

Lennox Lewis Enterprises, Inc., Defendant–Counter–Claimant–Appellee,

Shogun Securities Ltd., Defendant–Counter–Claimant,

Milton CHWASKY, Richard Ashkens and Kyriacss Antoniou, Third–Party–Defendants–Counter–Defendants,

John Does, 1–5, fictitious and Richard Roe Corporation 1–5, fictitious entities, Third–Party–Defendants.

No. 02–7791.

United States Court of Appeals, Second Circuit.

Aug. 30, 2004.

Jack M. Weiss (Randy M. Mastro, James L. Hallowell, Elizabeth A. Khan), Gibson, Dunn & Crutcher, New York, NY, for Appellants, of counsel.

Judd Burstein (Peter B. Schalk, Matthew G. DeOreo), New York, NY, for Appellees Lennox Lewis and Lennox Lewis Enterprises, Inc., of counsel.

Laurence B. Orloff, Orloff, Lowenbach, Stifelman & Siegel, Roseland, NJ (Patrick C. English, Dines and English, L.L.C., Clifton, NJ), for Appellee Main Events, of counsel.

PRESENT: CABRANES, STRAUB and WESLEY, Circuit Judges.

## SUMMARY ORDER

Appellants challenge the order of the District Court denying their motion for a new trial. On appeal, Appellants argue that the District Court abused its discretion in denying their motion for a new trial on the bases that (1) an *ex parte* freeze order obtained against Appellants by Appellee Lewis's counsel denied them their right to a fair trial by (a) restricting funds necessary to litigation of this matter, and (b) hindering pre-trial witness preparation; (2) witness interference on the part of Appellee Main Events' counsel denied them their right to a fair trial; and (3) the jury returned inconsistent verdicts.

We have considered Appellants' arguments and hold that they are all without

merit. Accordingly, the order of the District Court is hereby AFFIRMED.